

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2023

No. 04-23-00026-CR

**IN RE** Danny **ALLEN**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

On January 12, 2023, relator filed a petition for writ of habeas corpus. After considering the petition, this court concluded relator was not entitled to the relief sought. Accordingly, we denied the petition for writ of habeas corpus. *See* TEX. R. APP. P. 52.8(a). Additionally, we denied relator's pending motions as moot.

On January 19, 2023, relator filed a motion for rehearing requesting this court reconsider the denial of his petition for writ of habeas corpus.[2] After consideration, relator's motion for rehearing is DENIED.

It is so **ORDERED** on January 26, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2019CR6311, styled *Danny Cejay Allen*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.
[2] Relator's filing is titled "Petition for Writ of Habeas Corpus 88.03 Inquest Record." We construe relator's filing as a motion for rehearing. *See* TEX. R. APP. P. 49.1.